## A04A0336. REDWINE v. MASTERS.
### (624 SE2d 232)

BARNES, Judge.

Our opinion in this case reversing the trial court's judgment (268 Ga. App. 490 (602 SE2d 143) (2004)) has been reversed by the Supreme Court in *Masters v. Redwine*, 279 Ga. 432 (615 SE2d 118) (2005). Our earlier opinion and judgment are accordingly vacated, the decision of the Supreme Court is adopted as our decision, and the judgment of the trial court is affirmed.

*Judgment affirmed. Blackburn, P. J., and Mikell, J., concur.*

DECIDED NOVEMBER 30, 2005.

*Little, Bates & Kelehear, L. Stephen Kelehear*, for appellant.

*Rickie L. Brown*, for appellee.